BARNET WIENER and Others, Respondents, v. BENSON BUILDING CO., INC., Defendant, Impleaded with ELIAS KLETZKIN and Another, Appellants.— Order denying defendants' motion for judgment affirmed, with ten dollars costs and

---

* Amd. by Laws of 1923, chap. 80.— [REP.

disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.